# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BEN FABRIKANT, individually, and on behalf of all others similarly situated,<br><br>                    *Plaintiff*,<br><br>v.<br><br>THE FEDERAL SAVINGS BANK, an Illinois Federal Savings Association, and NATIONAL BANCORP HOLDINGS, INC., a Delaware corporation,<br><br>                    *Defendants*. | Case No.: 1:20-cv-04818-VMK<br><br>District Judge Virginia M. Kendall |

**DEFENDANTS' NOTICE OF SETTLEMENT IN PRINCIPLE
AND MOTION TO VACATE ALL DEADLINES**

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). Accordingly, Defendants respectfully request that the Court vacate all deadlines as set forth in schedule as outlined in Status Report, ECF No. 17, as adopted in Minute Order, ECF No. 20.

Respectfully submitted,

Dated: March 10, 2021

*/s/ John J. Allegretto*
Ari Karen (Pro Hac Vice)
John J. Allegretto (Pro Hac Vice)
OFFIT KURMAN, P.A.
1801 Market Street, Suite 2300
Philadelphia, PA 19103
Telephone: (267) 338-1336
E-mail: akaren@offitkurman.com
          jallegretto@offitkurman.com

*Counsel for Defendants,
The Federal Savings Bank and
National Bancorp Holdings, Inc.*

4839-0760-8800, v. 1

1